FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY EWING,<br><br>   Plaintiff,<br><br>   v.<br><br>J. RUANO, et al.,<br><br>   Defendants. | Case No. CV 09-08471 VAP (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted a *de novo* review of the pleadings and all other papers in this case, including the Magistrate Judge's Report and Recommendation ("R&R") and Plaintiff's Objections thereto.

The Court finds the Objections fail to refute the findings and conclusions set forth in the R&R. Further, Plaintiff's request for a <u>fifth</u> opportunity to raise an Eighth Amendment claim against the defendants is based upon more conclusory allegations (see Objections at 3), not specific facts, that do not raise a plausible Eighth Amendment claim against any of the defendants for the reasons expressed in the R&R. Accordingly, the Objections are overruled, the R&R is approved and adopted, and the Clerk is directed to enter a judgment dismissing the complaint without leave to amend.

///

1     IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this
2 Order and the Judgment on Plaintiff.
3
4
5 DATED: March 10, 2010                 */s/ Virginia A. Phillips*
6                                             VIRGINIA A. PHILLIPS
                                            UNITED STATES DISTRICT JUDGE