ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GARY EWING, | ) Case No. CV 09-08471 VAP (AN) |
|---|---|
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| J. RUANO, et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED AND DECREED THAT the complaint is dismissed without leave to amend.

DATED: March 10, 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY