```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

       JUN 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  shy            DEPUTY
```

ENTER / JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GARY EWING, | Case No.  CV 09-08471 VAP (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| J. RUANO, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the action is dismissed with prejudice.

DATED:  June 11, 2012

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

```
ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

       JUN 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  shy            DEPUTY
```