FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 1 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY shy  DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY EWING,<br><br>    Plaintiff,<br><br>v.<br><br>J. RUANO, et al.,<br><br>    Defendants. | Case No. CV 09-08471 VAP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the action is dismissed with prejudice.

DATED: June 11, 2012

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 1 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY shy  DEPUTY